IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:11-MC-56-MOC-DSC

| | |
|---|---|
| DEBBIE BLEVINS aka DEBORAH MARIE BLEVINS,<br><br>Plaintiff,<br><br>v.<br><br>TYLER CARDIOVASCULAR CONSULTANTS, P.A.,<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court upon "Defendant Tyler Cardiovascular Consultants' Motion to Quash Subpoena Issued to Global Compliance Services, Inc." (document #1).

Plaintiff has not filed a brief opposing the Motion to Quash and the time for filing a response has expired. Accordingly, the Court having reviewed the Motion and for the reasons stated therein, the Motion to Quash is **GRANTED** and the subject subpoena is **HEREBY QUASHED**.

**SO ORDERED**.

Signed: April 29, 2011

David S. Cayer
United States Magistrate Judge